**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SANDRA LYNN ALLEN**                                                                          **PLAINTIFF**

**V.**                                                                            **NO. 4:20-CV-172-DMB-DAS**

**MISSISSIPPI DEPARTMENT OF**
**PUBLIC SAFETY, et al.**                                                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, summary judgment is granted in favor of the defendants on all of Sandra Lynn Allen's claims.

**SO ORDERED**, this 26th day of September, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**